OPINION — AG — THERE IS APPARENTLY NO STATUTORY INHIBITION NOR RULE OR REGULATION OF THE DEPARTMENT OF WILDLIFE CONSERVATION PROHIBITING AN EMPLOYEE OF SAID DEPARTMENT FROM ACQUIRING AND ENTERING INTO A GRAZING LEASE WITH THE CORPS OF ENGINEERS UPON A TRACT OF LAND LOCATED IN A GAME MANAGEMENT AREA EVEN THOUGH THE EMPLOYEE IS ALSO A MANGER OF AND LIVES UPON SAID GAME MANAGEMENT. (CONFLICT OF INTEREST)